2255 B-2-005   1

O 241 (Rev. 5/85)

PETITION UNDER 28 USC § ~~XXXX~~ FOR WRIT OF
HABEAS CORPUS BY A PERSON IN ~~XXXXX CUSTODY XXX~~ FEDERAL CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|
| Name SANTOS GALVAN-YBARRA | Prisoner No. 74804-079 | Case No. 1:01CR00130-001 |

Place of Confinement

B.O.P. CUSTODY:

REEVES COUNTY DETENTION CENTER, P.O. BOX 1560, PECOS, TX 79772.

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| SANTOS GALVAN-YBARRA | V.  UNITED STATES OF AMERICA |

United States District Court
Southern District of Texas
FILED
MAR 1 4 2002
Michael N. Milby, Clerk of Court

The Attorney General of the State of: TEXAS. ASSISTANT U.S. ATTORNEY JOSE A. ESQUIVEL,

PETITION

1. Name and location of court which entered the judgment of conviction under attack  U.S. DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION.

2. Date of judgment of conviction  JUNE 18, 2001.

3. Length of sentence  46-MONTHS

4. Nature of offense involved (all counts)  ILLEGAL RE-ENTRY, FOLLOWING DEPORTATION IN VIOLATION OF 8 U.S.C. & 1326 (a) AND (b). OR ABOUT FEBRUARY 20, 2001 I DID COMMIT THE OFFENSE OF ALIEN, UNLAWFULLY PRESENT IN THE UNITED STATES AFTER DEPORTATION OR REMOVAL. I DID RE-ENTER UNITED STATES BY WADING ACROSS THE RIO GRANDE RIVER.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   I PLEA GUILTY TO ONE COUNT OR INDICTMENT. ALIEN UNLAWFULLY FOUND IN THE UNITED STATES AFTER DEPORTATION, FOLLOWING AN AGGRAVATED FELONY CONVICTION IN VIOLATION OF 8 U.S.C. && 1326(a) AND (b)(2).

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☒

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

   (b) Result  THEY SEND ME COPIES OF THE BRIEF FOR APPELLANT IN ACCORDANCE WITH
   ANDERS v. CALIFORNIA, 386 U.S. 738(1967) also copy and the motion to withdraw
   (c) Date of result and citation, if known  to the defendant-appellant, and the brief and motion to Assistant United States Attorney James Turner.
   (d) Grounds raised  Counsel has carefully examined the facts and matters contained
   IN THE RECORD ON APPEAL PRESENTS NO LEGALLY NON-FRIVOLOUS QUESTION. IN REACHING THIS CONCLUSION, COUNSEL HAS EXAMINED THE INDICTMENT, AND HAS THOROU-
   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  ghly READ THE RECORD AND EVALUATED THE SUFFICIENCY OF EVIDEN

   (2) Result  CE AS IT RELATES TO THE INDICTMENT, AND HAS EXAMINED THE RECORD -
   FOR ANY ARGUABLE VIOLATIONS OF THE CONSTITUTION, FEDERAL STATUTES, THE FEDERAL RULES OF CRIMINAL PROCEDURE, THE FEDERAL RULES OF EVIDENCE, AND THE
   (3) Date of result and citation, if known  Sentencing Reform Act of 1984.

   (4) Grounds raised  THERE ARE NO NON-FRIVOLOUS ISSUES TO APPEAL REGARDING THE -
   REARRAIGNMENT. THE COURT COMPLIED WITH MOST OF RULE 11 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND ITS ERROR WAS HARMLESS BECAUSE IT DID NOT
   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court  MATERIALLY AFFECT ME MY DECISION TO PLEAD GUILTY. NOR ARE TH-

   (2) Result  ERE ANY NON-FRIVOLOUS ISSUES TO APPEAL REGARDING THE SENTENCE. THEY
   SAID I RECEIVED THE LOWEST SENTENCE WITHIN THE APPLICABLE GUIDELINE IMPRISONMENT RANGE. THE COURT'S DISCRETIONARY REFUSAL TO DEPART DOWNWARD IS
   (3) Date of result and citation, if known  not reviewable by the Court.

   (4) Grounds raised  I REQUESTED A DOWNWARD DEPARTURE FROM THE SENTENCING GUIDELINE RANGE. 1R. 17-19; 3R. 4-5. THE COURT DENIED THE REQUEST, FINDING THAT THE CASE WAS NOT OUTSIDE THE HEARTLAND.

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  NO, IS MY FIRST TIME I GET INVOLVED IN APPEAL DUO THE FACT
    THE SENTENCE IMPOSE IS TO HARSH.
    (2) Nature of proceeding  JURISDICTION OF THAT COURT IS INVOKED UNDER SECTION 1291
    TITLE 28, UNITED STATES CODE, AS AN APPEAL FROM A FINAL JUDGMENT OF -
    CONVICTION AND SENTENCE IN THE UNITED STATES DISTRICT COURT FOR THE -
    (3) Grounds raised  SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION, AND UNDER
    SECTION 3742, TITLE 18, UNITED STATES CODE, AS AN APPEAL ON SENTENCE
    IMPOSED UNDER THE SENTENCING REFORM ACT OF 1984.

AO 241 (Rev. 5/85)

NOTICE OF APPEAL WAS TIMELY FILED IN ACCORDANCE WITH RULE 4(b) OF THE FEDERAL RULES OF APPELLATE PROCEDURE. WHETHER ARE ANY NONFRIVOLOUS -- ISSUES ON APPEAL REGARDING THE SENTENCE.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☒    No ☐

(5) Result  AS I EXPLAIN BEFORE IN THE OTHER PAGES, THERE ARE ANY NONFRIVOLOUS.

(6) Date of result  THE EXACT DATE DO NOT REMEMBER DUO, THAT I DONE TO MUCH PAPER WORK, THAT I DONE MYSELF WITH OUT ASISTANCE OF ATTORNEYS.

(b) As to any second petition, application or motion give the same information:

(1) Name of court  UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.

(2) Nature of proceeding  I EXPLAIN IN THE OTHER PAGES.

(3) Grounds raised  SAME THE OTHER PAGES.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐    No ☐
(2) Second petition, etc.       Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

**THERE WAS NO NON-FRIVOLOUS ISSUES TO PRESENT ON DIRECT APPEAL**

I BRING THE POINT THAT SENTENCE IS HARSH, TO MUCH TIME FOR THE ACT I COMMIT RE-ENTER UNITED STATES BY WADING ACROSS THE RIO GRANDE RIVER.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) IN SPITE OF DEFENDANT'S FULL COOPERATION WITH THE ARRESTING BOARDER PATROL AGENT AND THE I.N.S. SPECIAL AGENT AND COUNSEL FULL KNOWLEDGE OF THE EXTENT OF SAID COOPERATION, COUNSEL FAILED TO EXPLOIT A FAVORABLE PLEA-BARGAIN.

B. Ground two: NONE

Supporting FACTS (state *briefly* without citing cases or law) _____

(5)

AO 241 (Rev. 5/85)

C.  Ground three: __NONE__

Supporting FACTS (state *briefly* without citing cases or law) _____

D.  Ground four: __NONE__

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐      No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing  HON. JEFFERY L. WILDE, 600 E. HARRISON ST., SUITE 102 BROWNSVILLE, TX. 78520.

    (b) At arraignment and plea  SAME AS ABOVE

(6)

AO 241 (Rev. 5/85)

(c) At trial __SAME AS ABOVE__

(d) At sentencing __SAME AS ABOVE__

(e) On appeal __NO APPEAL TAKEN__

(f) In any post-conviction proceeding __NONE HAS BEEN TAKEN__

(g) On appeal from any adverse ruling in a post-conviction proceeding __NONE__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☒    No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: __U.S. DISTRICT COURT-BROWNSVILLE, TX.__
    (b) Give date and length of the above sentence: __JUNE 18, 2001; 4 MONTHS FOR PROBATION VIOLATION.__
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__MARCH 6, 2002__
(date)

SANTOS GALVAN YBARRA

_Santos Galvan Ybarra_
Signature of Petitioner

(7)