UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| SANTOS GALVAN-YBARRA, | § |
|---|---|
| Petitioner, | § |
| | § |
| v. | § |
| | § |
| UNITED STATES OF AMERICA, | § |
| Respondent. | § |

CIVIL ACTION NO. B-02-05
CRIMINAL NO. B-01-130-1

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas this ___ day of _____, 2002.

_____
Hilda Tagle
United States District Judge

7